IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DANNY ALFRED FONTANA,

    Plaintiff,

  v.

FRANK X. CHAVEZ,

    Defendant.
                            /

No. C 11-03701 WHA

**ORDER REQUESTING SPECIFIED TRIAL EXHIBITS**

      Government counsel shall provide to the Court the following exhibits entered into evidence at plaintiff Danny Fontana's jury trial (San Francisco Superior Court No. 192597): People's exhibits 5-A, 5-B, 5-C, 5-D, and 5-E.

      **IT IS SO ORDERED.**

Dated: April 10, 2012.

                                              WILLIAM ALSUP
                                              UNITED STATES DISTRICT JUDGE