IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DANNY ALFRED FONTANA,

Petitioner,

v.

FRANK X. CHAVEZ, Warden Sierra Conservation Center–Jamestown, California Department of Corrections, ATTORNEY GENERAL OF THE STATE OF CALIFORNIA,

Respondents.

No. C 11-03701 WHA

**JUDGMENT**

Pursuant to the order denying the petition for writ of habeas corpus, **JUDGMENT IS HEREBY ENTERED** in favor of respondents Frank X. Chavez and the Attorney General of the State of California, and against petitioner Danny Alfred Fontana. As stated in that order, a certificate of appealability is **DENIED**.

**IT IS SO ORDERED.**

Dated: May 18, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE