IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANNY ALFRED FONTANA, | No. C 11-03701 WHA |
| Petitioner, | |
| v. | **JUDGMENT** |
| FRANK X. CHAVEZ, Warden Sierra Conservation Center–Jamestown, California Department of Corrections, ATTORNEY GENERAL OF THE STATE OF CALIFORNIA, | |
| Respondents. / | |

Pursuant to the order denying the petition for writ of habeas corpus, **JUDGMENT IS HEREBY ENTERED** in favor of respondents Frank X. Chavez and the Attorney General of the State of California, and against petitioner Danny Alfred Fontana. As stated in that order, a certificate of appealability is **DENIED**.

**IT IS SO ORDERED.**

Dated: May 18, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE